```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SALVADOR DELAROSA,                                :
                                                  :
                              Plaintiff,          :
                                                  :         1:19-cv-07393-GHW
              -against-                           :
                                                  :         ORDER
MV PUBLIC TRANSPORTATION, INC., MV                :
TRANSPORTATION, INC., VITTO T. TOCCO,             :
STEVEN SANTIAGO, DONNA SNOWDEN                    :
                                                  :
                              Defendants.         :
                                                  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On July 24, 2020, the parties submitted a proposed Stipulated Confidentiality, Protective, and Clawback Order. However, the parties failed to comply with Rules 1(F) and 4(D) of the Court's Individual Rules of Practice in Civil Cases. Therefore, the Court will not enter the proposed order. The parties are again directed to review and comply with the Court's Individual Rules.

    SO ORDERED.

Dated: July 26, 2020

                                                              GREGORY H. WOODS
                                                          United States District Judge